[No. 16115-3-III. Division Three. June 13, 2000.]

HENRY KIDWELL, *Plaintiff,* DRESS INVESTMENTS, *Appellant,* v.
FRANKLIN COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 96-2-50096-1, Craig J. Matheson, J.,
entered September 4, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Schultheis,
JJ.

[Nos. 17166-3-III; 17227-9-III;    Division Three.    June 15, 2000.]
     18099-9-III; 18431-5-III;
     18551-6-III.

THE STATE OF WASHINGTON, *Appellant,* v. JOHN L. SWIGER,
*Respondent.*
THE STATE OF WASHINGTON, *Respondent,* v. JOHN L. SWIGER,
*Appellant.*
*In the Matter of the Personal Restraint of* JOHN L. SWIGER,
*Petitioner.*

Appeals from a judgment of the Superior Court for
Spokane County, No. 96-1-00767-7, Paul A. Bastine and
Robert D. Austin, JJ., entered December 11, 1997. *Affirmed*
by unpublished opinion per Kato, J., concurred in by Kurtz,
C.J., and Brown, J.

[No. 18215-1-III. Division Three. June 15, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC EUGENE
EVENSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 98-1-02414-4, Michael E. Donohue, J.,
entered January 27, 1999. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Kurtz, C.J., and
Sweeney, J.